**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| MICHAEL RAMON OCHOA, | : | No. 62 WM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DR. ERIN RUBIN, A.K.A. ERIN RUBIN | : | |
| OCHOA, DR. ARTHUR LEVINE, ET AL., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of October, 2017, the Application for Extraordinary Relief or Exercise of King's Bench Powers is DENIED.